IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOSEPH CASALE<br><br>v.<br><br>LOCAL 158 CARPENTER'S UNION 1803 and UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA and CARPENTERS BENEFIT FUNDS OF PHILADELPHIA | CIVIL ACTION<br><br>NO. 20-4552 |
|---|---|

**ORDER RE MOTION FOR JUDGMENT ON THE PLEADINGS**

**AND NOW**, this 26th day of February, 2021, after careful consideration of Defendant Carpenter's Benefit Funds of Philadelphia's Motion for Judgment on the Pleadings (ECF 17), Plaintiff Joseph Casale's Response (ECF 20), Defendant's Reply (ECF 21), and the parties supplemental briefing (ECF 25, 27), and for the reasons stated in the attached memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

BY THE COURT:

s/ Michael M Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-4552 Casale v Carpenters Union\20cv4552 Order Re MJP.docx